18903. · SUTTLES *v.* THE STATE.

BLOODWORTH, J. The evidence authorized the verdict rendered, and the motion for a new trial, based on the general grounds only, was properly overruled.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED JUNE 12, 1928.

*G. H. Cornwell, Fred W. Flint,* for plaintiff in error.

*John A. Boykin, solicitor-general, J. W. LeCraw,* contra.